UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-3090

_____

UNITED STATES OF AMERICA

v.

CLIFFORD WARES,
                              Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 2-15-cr-00570-001)
District Judge: Honorable Esther Salas

_____

Submitted Under Third Circuit LAR 34.1(a)
May 8, 2017

Before: AMBRO, RESTREPO, and NYGAARD, Circuit Judges

(Opinion filed May 17, 2017)

**ORDER  AMENDING  NOT  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the Not Precedential Opinion in the above case filed
May 17, 2017, be amended as follows:

        On page 2, line 1, replace the first sentence "Defendant Clifford Wares was
convicted of possessing child pornography." with "Clifford Wares was convicted of
crimes involving child pornography and enticement of minors."

                                              By the Court,

                                              s/ Thomas L. Ambro, Circuit Judge

Dated: May 25, 2017